IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN BELKNAP,<br><br>    Plaintiff,<br><br>v.<br><br>SCGIV-MACON, LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>FILE No. 5:23-cv-00372-TES |

## ORDER APPROVING CONSENT DECREE
## AND DISMISSAL WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 7], and the Consent Decree attached thereto [Doc. 7-1], and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this  8th  day of   December  , 2023.

s/Tilman E. Self, III
_____
Hon. Tilman E. Self, III
United States District Judge